IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-3

No. 387A20

Filed 5 February 2021

IN THE MATTER OF: J.T.C.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 847 S.E.2d 452 (N.C. Ct. App. 2020), affirming an order entered on 4 September 2018 by Judge John M. Britt in District Court, Nash County. Heard in the Supreme Court on 13 January 2021.

*Mark L. Hayes for petitioner-appellee mother.*

*Leslie Rawls for respondent-appellant father.*

PER CURIAM.

AFFIRMED.